**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Wilson T.,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Civil File No. 26-4331 (MJD/DLM)

Nicholas Ratkowsk, Ratkowski Law PLLC, Counsel for Petitioner.

David W. Fuller, Derek Granzhorn, Assistant United States Attorneys, Counsel for Respondents.

On November 5, 2026, Respondents informed the Court that Petitioner was released from custody pursuant to the Court's order.

Therefore, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Wilson T.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 12, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court